# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2025

## NO. 03-25-00437-CR

**James Richardson Reece, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
BEFORE JUSTICES TRIANA, KELLY AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on March 20, 2025. Having reviewed the record, the Court holds that James Richardson Reece has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.